IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 104

| | |
|---|---|
| **PATRICIA BLOKER MACHNIK,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** came before the undersigned pursuant to a Memorandum (#27) filed by Plaintiff, acting pro se. In the Memorandum, the Plaintiff makes various allegations in an attempt to make a record of the proceedings that took place at the mediation in this matter. A Report (#26) of the mediation was filed by the mediator on June 14, 2017 reflecting that the mediation concluded with the parties reaching an impasse in the matter.

LCvR 16.3(C)(1) provides as follows: "**No Record Made.** There shall be no record made of any proceedings under these rules." As provided by the Local Rules, the undersigned will enter an order striking the Memorandum of Plaintiff from the records in this cause.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Memorandum (#27) is **ORDERED** to be **STRICKEN** from the record in this matter.

Signed: June 28, 2017

Dennis L. Howell
United States Magistrate Judge