THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00104-MR-DLH

PATRICIA BLOKER MACHNIK,        )
                                )
              Plaintiff,        )
                                )
  vs.                           )    **O R D E R**
                                )
UNITED STATES OF AMERICA,       )
                                )
              Defendant.        )
_____ )

**THIS MATTER** is before the Court on the Defendant's Motion to Strike Jury Demand. [Doc. 31].

The Defendant moves to strike the jury demand set forth in the Plaintiff's Amended Complaint. [Doc. 31]. The Plaintiff asserts claims under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 ("FTCA"). Title 28 of the United States Code, Section 2402 provides that FTCA actions are to be tried without a jury. 28 U.S.C. § 2402; <u>Carlson v. Green</u>, 446 U.S. 14, 22 (1980) ("a plaintiff cannot opt for a jury in a FTCA action").

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Strike Jury Demand [Doc. 31] is **GRANTED**, and the jury demand set forth in the Plaintiff's Amended Complaint [Doc. 4] is hereby **STRICKEN**.

**IT IS SO ORDERED.**

Signed: December 21, 2017

Martin Reidinger
United States District Judge