# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16 cv 104

| | |
|---|---|
| PATRICIA BLOKER MACHNIK ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is the Motion for Reconsideration of Plaintiff's Motion for Change of Venue [# 37]. On October 23, 2017, pro se Plaintiff filed her motion to change venue [# 29]. On December 7, 2017, the Court made findings and denied the motion [# 35]. On December 14, 2017, Plaintiff filed, within her response, a Motion for Reconsideration of Plaintiff's Motion for Change of Venue.

While not specifically provided for in the Federal Rules of Civil Procedure, motions for reconsideration are "allowed in certain, limited circumstances." Wiseman v. First Citizens Bank & Trust Co., 215 F.R.D. 507, 509 (W.D.N.C. 2003).

> The motion to reconsider would be appropriate where, for example, the Court has patently misunderstood a party, or has made a decision outside the adversarial issues presented to the Court by the parties, or has made an error not of reasoning but of apprehension. A further basis for a motion to reconsider would be a controlling or significant change in the law or facts since the submission of the issue to the Court. Such problems rarely arise and the motion to reconsider should be equally rare.

Above the Belt, Inc. v. Mel Bohannan Roofing, Inc., 99 F.R.D. 99, 101 (E.D. Va. 1983); see Carlson v. Boston Scientific Corp., 856 F.3d 320, 325 (4th Cir. 2017); Frankum v. Boston Scientific Corp., 2015 WL 3514327 (W.D.N.C. June 4, 2015).

Plaintiff has not established that the Court misunderstood her.

Giving pro se Plaintiff the benefit of the doubt, the Court looked at Plaintiff's Response and Motion for Reconsideration. Plaintiff merely responds point by point to the Court's analysis and requests a reconsideration. Nothing cited would tip the analysis in Plaintiff's favor.

Therefore, the Court **DENIES** the motion for reconsideration [# 37].

Signed: January 3, 2018

Dennis L. Howell
United States Magistrate Judge