# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| PATRICIA BLOKER MACHNIK, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00104-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 29, 2018 Memorandum of Decision and Order.

March 29, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court